# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

KIM POWELL

NO. 2021 KW 0831

OCT 1 2 2021

---

In Re:     Kim Powell, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. DC-20-04946.

---

**BEFORE:   GUIDRY, HOLDRIDGE, AND CHUTZ, JJ.**

**WRIT DENIED.**

JMG
GH
WRC

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT